**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

### Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | Christopher T. Groen |
| Address | 999 - 18th Street, Suite 2301 |
| City, State, Zip | Denver, CO 80202 |

Re:
| | | |
|---|---|---|
| | Case No(s): | 11-1340 |
| | Caption: | Llewellyn v. Allstate Home Loans, et al. |
| | Argument Date: | Monday, November 5, 2012 |
| | Time: | 1:30 p.m.   (Arguing attorneys must report 45 minutes prior thereto) |
| | Courtroom/Place: | Courtroom IV - Denver, CO |

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov   Phone: (303) 335-2708

    I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Phillip A. Vaglica _____ will present oral argument on behalf of

Castle Meinhold & Stawiarski, LLC _____ (name of party), the   Appellee

| | |
|---|---|
| Signed (Recipient): | [signature] |
| Typed or Printed Name: | Christopher T. Groen |
| Address: | Castle Stawiarski, LLC |
| | 999 - 18th Street, Suite 2301 |
| | Denver, CO 80202 |
| Email Address Required | cgroen@cmsatty.com |
| Telephone: | 303-865-1455 |
| Attorney for: | Castle Meinhold & Stawiarski, LLC |
| | (Name of Party Represented) |
| Date: | Sep 21, 2012 |

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www. ca10.uscourts.gov. Thank you.

Revised 4/2009