FILED
United States Court of Appeals
Tenth Circuit

March 28, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| GLEN LLEWELLYN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ALLSTATE HOME LOANS, INC., d/b/a Allstate Funding; OCWEN LOAN SERVICING, LLC; NOMURA CREDIT AND CAPITAL, INC.; NCC SERVICING, LLC; CASTLE MEINHOLD & STAWIARSKI, LLC,<br><br>    Defendants - Appellees,<br><br>and<br><br>SHEARSON FINANCIAL NETWORK, LLC., EQUITY PACIFIC MORTGAGE, INC.; KEVIN RIDER; OCWEN FINANCIAL CORPORATION; NOMURA SECURITIES INTERNATIONAL, INC.,<br><br>    Defendants. | No. 11-1340<br>(D.C. No. 1:08-CV-00179-WJM-KLM) |

_____

**JUDGMENT**
_____

Before **KELLY**, **McKAY**, and **HOLMES**, Circuit Judges.
_____

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is reversed and remanded as to the portion of the

district court's order granting summary judgment to the Ocwen Defendants on Plaintiff's

FCRA claim based on his alleged emotional damages. The district court's order is otherwise affirmed.

                                                 Entered for the Court

                                                 ELISABETH A. SHUMAKER, Clerk